IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

JAMES BARRINEAU,
    Plaintiff,

vs.                                               6:04-CV-62(WLS)

SONNY PERDUE, THE HOUSE and
THE SENATE, *et al.*,
    Defendants.

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. #40), filed October 19, 2005. It is recommended that Defendants Sonny Perdue, and the House and the Senate's Motion for Summary Judgment (Doc. #30) be granted. It is also recommended that Defendant Decatur County Board of Commissioners' Motion to Dismiss (Doc. #37) be granted. Although Plaintiff received notice of the filing of said motions and his right to respond, he filed no response. Neither did Plaintiff file an objection to the magistrate judge's Report and Recommendation.

Upon review and consideration upon the full record, the Court finds that said Report and Recommendation should be, and hereby is, ACCEPTED, ADOPTED and made the order of this Court for reason of the findings made and reasons state therein. Accordingly, Defendants Purdue, the House and the Senate's motion for summary judgement is GRANTED. Defendant Decatur County Commissioner's motion to

dismiss is also GRANTED.

SO ORDERED, this 6th day of December, 2005.

W. Louis Sands, Chief Judge
United States District Court