**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**THOMASVILLE DIVISION**

JAMES BARRINEAU,                        :
                                        :
    Petitioner                  :
                                        :
v.                                      :    6:04-CV-062 (WLS)
                                        :
SONNY PERDUE, et. al.,                  :
                                        :
    Respondents                 :
_____        :

## ORDER

    Before the Court is a Report and Recommendation from United States Magistrate Judge

G. Mallon Faircloth, filed February 16, 2006, recommending that Defendant Decatur County

Correctional Institute's Motion for Summary Judgment (Doc. 41) be granted.  (Doc. 46).  No

objection has been filed.

    Upon full review and consideration upon the record, the Court finds that the Report and

Recommendation (Doc. 46) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the

Order of this Court for reason of the findings made and reasons stated therein.  Accordingly,

Defendant Decatur County Correctional Institute's Motion for Summary Judgment (Doc. 41) is

**GRANTED**.

    **SO ORDERED**, this __29th__ day of March, 2006.


                                      __/s/W. Louis Sands_____
                                      **W. LOUIS SANDS, CHIEF JUDGE**
                                      **UNITED STATES DISTRICT COURT**